**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

ABRIL DELGADO,

                Plaintiff,                7:23 **CIVIL** 9357 (VR)

      -v-                            **JUDGMENT**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated December 21, 2023, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Appeals Counsel will remand the case to the Administrative Law Judge for further administrative proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**  New York, New York

      December 21, 2023

                                                        **RUBY J. KRAJICK**
                                                          **Clerk of Court**

                            **BY:**

                                                           **Deputy Clerk**